FILED

09/30/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### No. DA 22-0389

KELLY DEAN WORTHAN,

      Petitioner and Appellant,

  v.

STATE OF MONTANA,

      Respondent and Appellee.

## ORDER GRANTING APPELLANT'S SECOND EXTENSION

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time until November 1, 2022, to file Appellant's opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 30 2022